IN THE UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF NEW YORK

DEBORAH LAUFER,

  Plaintiff,

v.

MIRBEAU OF SKANEATELES L.P., and
MIRBEAU HOSPITALITY SERVICES, LLC,

Defendant(s).

Case No. 5:19-CV-1574 (BKS/ML)

## VOLUNTARY DISCONTINUANCE

Plaintiff, by and through the undersigned counsel, hereby notifies This Court that this action is Voluntarily Dismissed over and against the Defendant, MIRBEAU OF SKANEATELES L.P., and MIRBEAU HOSPITALITY SERVICES, LLC, pursuant to FRCP 41(a)(1)(A)(i), without prejudice, and without costs.

Dated: New York, New York
      March 11, 2020

FOR THE PLAINTIFF
DEBORAH LAUFER

By: *Peter Sverd*

    Peter Sverd, Esq.
Of Counsel to Thomas B. Bacon, P.A.

225 Broadway, Ste 613
New York, NY 10007
ph. (646) 751-8743
psverd@sverdlawfirm.com